IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON (Portland)

| | |
|---|---|
| CHANELE RAMOS, individually and on behalf of all others similarly situated;<br>Plaintiff<br><br>-against-<br><br>AARGON COLLECTION AGENCY,<br><br>Defendant. | Civil Case Number: 3:18-cv-1157-JR<br><br>ORDER OF DISMISSAL |

The Court has reviewed the Stipulation to Dismiss of Plaintiff Chanele Ramos and Defendant Aargon Collection Agency.

Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

1/07/2019
Dated

_Jolie A. Russo_
Hon. Jolie A. Russo
United States Magistrate Judge

{00103794;1}